# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Brian Green | Case No.<br>1:14-CR-195-AWI-BAM-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brian Green__, have discussed with __Jacob M. Scott__, Supervising Pretrial Officer, adding the following condition(s):

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer. All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12·8·14 _____ 11/24/14
Signature of Defendant        Date      Pretrial Services Officer    Date
Brian Green                             Jacob M. Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____ 11/24/14
Signature of Assistant United States Attorney      Date
Mark J. McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 12/8/14
Signature of Defense Counsel      Date
Marc Days

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __12/11/2014__.
☐ The above modification of conditions of release is *not* ordered.

_____ 12/11/14
Signature of Judicial Officer      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services