1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 559-4000
5  Facsimile: (559) 559-4099

6  Attorneys for the
    United States of America
7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:14-cr-00195-AWI
13 |         Plaintiff,               | STIPULATION AND ORDER TO
14 |                                  | CONTINUE SENTENCING
15 |     v.                           | DATE: January 11, 2016
16 | BRIAN KARL GREEN,                | TIME: 10:00 a.m.
   |                                  | CTRM: Hon. Anthony W. Ishii
17 |         Defendant.               |

18

19

20     The parties, by and through their undersigned counsel, agree that the court may continue

21 the sentencing for defendant BRIAN KARL GREEN from January 4, 2016, until **January 11,**

22 **2016, at 10:00 a.m.** The reason for this request is that counsel for the government will be out of

23 ///
24 //
25 //
26 //
27 //
28 //

STIPULATION TO CONTINUE SENTENCING            1

the district and unavailable on January 4, 2016.

Dated: November 19, 2015                                BENJAMIN B. WAGNER
                                                        United States Attorney


                                              By:      /s/ Mark J. McKeon
                                                        MARK J. MCKEON
                                                        Assistant U.S. Attorney


Dated: November 19, 2015                                 /s/ Marc Days
                                                        MARC DAYS
                                                        COUNSEL FOR DEFENDANT


**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   November 20, 2015              _____
                                        SENIOR DISTRICT JUDGE