1  MARC DAYS, CA Bar #184098
   DAYS LAW FIRM
2  2300 Tulare Street, Suite 240
   Fresno, CA  93721
3  Telephone: (559) 708-4844

4  Attorneys for Defendant
   BRIAN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-CR-00195 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING; ORDER THEREON |
| vs. | ) ) | Date:  January 19, 2016 |
| BRIAN GREEN, | ) ) | Time:  10:00 a.m. |
| Defendant. | ) ) ) ) | Judge: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Mark McKeon, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Brian Green, that the sentencing hearing currently set for January 11, 2016, at 10:00 a.m., may be rescheduled to January 19, 2016, at 10:00 a.m.

The requested continuance is necessary to provide the defense additional time needed to prepare for sentencing and as a result of schedule conflict for defense counsel.  This continuance will conserve time and resources for both counsel and the court.

Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

1
2
3

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

4   Dated:  January 6, 2016

/s/ *Mark McKeon*
MARK McKEON
Assistant United States Attorney
Attorney for Plaintiff

5
6
7

8   Dated:  January 6, 2016

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
BRIAN GREEN

9
10
11
12

## O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  January 6, 2016

_____
SENIOR  DISTRICT  JUDGE

Green/Stipulation to Continue Sentencing Hearing        -2-